JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerardino Caballero,<br><br>        Plaintiff,<br><br>        v.<br><br>Life Insurance Company of North America, et al.,<br><br>        Defendant(s). | SACV 11-00114 JVS (AJWx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    April 29, 2011

                                                                                                   James V. Selna<br>                                                           United States District Judge