UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| GERARDINO CABALLERO, | Case No: SACV11-00114 JVS(AJWx) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and ACCENTURE LLP EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed ***with*** prejudice.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
Honorable James V. Selna
Judge of the U.S. District Court